**2002–1693. State ex rel. Amcast Indus. Corp. v. Hall.**
Franklin App. No. 02AP–32, 2002-Ohio-4494. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before December 16, 2002.

**2002–2003. State ex rel. Montgomery v. Cleveland Golden Gloves Assn.**
Cuyahoga App. Nos. 80749 and 80750, 2002-Ohio-5081. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' immediate motion for stay,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

[Cite as *12/13/2002 Case Announcements #2*, 2002-Ohio-6848.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*December 13, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–2001. State v. McCullough.**
Fayette App. No. CA2001–10–015, 2002-Ohio-5453. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, granted.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

[Cite as *12/16/2002 Case Announcements*, 2002-Ohio-6867.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*December 16, 2002*

## RECONSIDERATION OF PRIOR DECISIONS

**2002–1549. State ex rel. Howard v. McDonald.**
In Mandamus. Reported at 97 Ohio St.3d 1411, 2002-Ohio-5601, 777 N.E.2d 268.

IT IS ORDERED by the court that the amended motion for reconsideration in this case be, and hereby is, denied.

IT IS FURTHER ORDERED by the court, sua sponte, that relator is to show cause, within ten days of the date of this entry, why he should not be sanctioned for frivolous conduct.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent from the issuance of the show cause order.